## BOATMEN'S TRUST COMPANY, Plaintiff/Respondent,

### v.

## Alfred J. FLEISCHER, Sr., formerly d/b/a Fleischer–Fenton Partnership, Defendant/Appellant.

### No. 65372.

Missouri Court of Appeals, Eastern District, Division Four.

April 11, 1995.

Ellen Levy Siwak, Rosenblum, Goldenhersh, Silverstein & Zafft, St. Louis, for appellant.

Kenneth J. Bini, C. William Portell, Jr., Chused, Bini, Kohn, Feldmann & Steib, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

This is an appeal from a judgment in favor of plaintiff for unjust enrichment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).